**FROM: The District Court of the 18th Judicial District. County of Gallatin.**

**STATE OF MONTANA,**
              **Plaintiff,**                          **NO. 98-188**
       **vs.**                                        **DECISION**
**Kenneth E. Wagstaff,**
              **Defendant.**

On January 13, 1999, the defendant was sentenced to ten (10) years in the Montana State Prison.

On June 17, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and represented by Gordon Williams. The state was represented by Todd Whipple.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence

Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 17th day of June, 1999.

DATED this 15th day of July, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**